

# THE THIRTEENTH COURT OF APPEALS

## 13-17-00480-CV

SANTA ROSA INDEPENDENT SCHOOL DISTRICT
v.
JESUS F. RODRIGUEZ JR.

On Appeal from the
357th District Court of Cameron County, Texas
Trial Cause No. 2017-DCL-01895-E

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be reversed and rendered. The Court orders the judgment of the trial court REVERSED and RENDERS judgment dismissing Rodriguez's claims for lack of jurisdiction.

We further order this decision certified below for observance.

December 6, 2018